# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roger F. Sladek

v.

Northwest Airlines, Inc.

Case No. Civil 01-70 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that dft NWA's motion to dismiss is GRANTED; plf's complaint is DISMISSED WITH PREJUDICE; and Dft NWA's motion for sanctions is DENIED.

DATE: September 21, 2001

FRANCIS E. DOSAL, CLERK

Patricia Kegley

Patricia Kegley, Deputy Clerk

15